United States District Court
Southern District of Texas
**ENTERED**
March 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| YUSEY BETANCOURT-QUINTANA § <br> "Petitioner," § <br> § <br> v. § <br> § Civil Action No. 1:26-cv-00171 <br> KRISTI NOEM, *et al.,* § <br> "Respondents." § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 20 days after service of the Petition upon Respondents. Once Respondents are served, the Petitioner is not to be removed; her status quo is to remain "as is" pending resolution of this case.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on  March 12, 2026.

_____
Rolando Olvera
United States District Judge