United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| YUSEY BETANCOURT-QUINTANA, §<br>    "Petitioner," §<br> §<br>v. §<br> §<br>MARKWAYNE MULLIN, *et al.*, *in their* §<br>*official capacities*, §<br>    "Respondents." §<br> § | Civil Action No. 1:26-cv-00171 |

## <u>ORDER</u>

The Court previously granted Petitioner's habeas petition in part and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. Dkt. No. 7. Because that report has been filed, Dkt. No. 8, the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this July 10, 2026

_____
Rolando Olvera
United States District Judge